■ NICHOLAS F. MORIELLO, Appellant-Respondent, v. STATE OF NEW YORK, Respondent-Appellant. (Claim No. 43656-A.) — Cross

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.